UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL GARCIA,

Plaintiff,

v.

CALIFORNIA STATE SUPREME COURT,

Defendant.

No. 2:26-cv-02557 DAD CKD (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*, AND DISMISSING PLAINTIFF'S COMPLAINT WITHOUT LEAVE TO AMEND

(Doc. Nos. 2, 3)

Plaintiff initiated this civil action by filing a complaint on July 23, 2026, and proceeds *pro se*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On August 18, 2026, the assigned magistrate judge screened plaintiff's complaint and determined it to be deficient because it failed to state any cognizable claim for relief under federal law, failed to state a claim over which this court has jurisdiction, and the defendant California Supreme Court is immune from suit under the Eleventh Amendment. (Doc. No. 3 at 2–3.) Accordingly, the magistrate judge recommended that plaintiff's complaint be dismissed for lack of subject matter jurisdiction and that his motion to proceed *in forma pauperis* be denied as moot. (*Id.* at 4.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.*) Plaintiff has not

filed any objections, or otherwise communicated with the court, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis. In addition, in light of the nature of the pleading defects, the undersigned finds that the granting of leave to amend would be futile and that dismissal of the complaint should therefore be without leave to amend.

Accordingly:

1. The August 19, 2026 findings and recommendations (Doc. No. 3) are adopted in full;
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is denied as moot;
3. Plaintiff's complaint is dismissed for lack of subject matter jurisdiction and without leave to amend; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 23, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE